**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**DUH WAN KIM, Defendant–Appellant.**

No. 07–10334.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 11, 2008.

Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

Howard Trapp, Esq., Howard Trapp Incorporated, Hagatna, GU, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Duh Wan Kim appeals from his jury-trial conviction for attempted possession of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

methamphetamine hydrochloride with intent to distribute, in violation of 21 U.S.C. § 846(a)(1), (b). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Kim contends that the district court's denial of his motion for acquittal should be reversed because no rational trier of fact could have found beyond a reasonable doubt that he intended to possess methamphetamine. We conclude that, taking the evidence in the light most favorable to the government, a rational trier of fact could have found beyond a reasonable doubt that Kim intended to possess methamphetamine. *Jackson v. Virginia*, 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979); *see also United States v. Carranza*, 289 F.3d 634, 644 (9th Cir.2002).

**AFFIRMED.**